IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01876-WDM-MJW

NEW LINE PRODUCTIONS, INC., et al.,

    Plaintiffs,

v.

DOES 1-9,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Due to a clerical error, the October 4, 2005 order was not docketed or sent to counsel until today.  Therefore, the motion for update (doc #5) is moot.

Dated:  December 6, 2005

                                                               /s/ Jane Trexler, Secretary/Deputy Clerk