IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01876-WDM-MJW

NEW LINE PRODUCTIONS, INC., et al.,

    Plaintiffs,

v.

DOES 1-9,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 13, 2005.

                BY THE COURT:

                /s/ Walker D. Miller
                United States District Judge

PDF FINAL